UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------X
UNITED STATES OF AMERICA                    CASE NO.: S9 12 Cr. 844 (RWS)

v.
                                            NOTICE OF APPEARANCE
ALFREDO VAZQUEZ-ESPARRA

-------------------------------X

TO THE HONORABLE COURT:

COMES NOW, Defendant Alfredo Vázquez-Esparra through his undersigned counsel and respectfully States and Prays as follows:

1. On January 23rd, 2013, the undersigned counsel, Francisco M. López-Romo appeared at a hearing held before the Honorable Robert W. Sweet, United States District Judge and made an oral motion for the undersigned's admission *Pro Hac Vice* as counsel of record for Defendant, Alfredo Vázquez-Esparra. On said date, the Honorable Robert W. Sweet granted the undersigned's appearance as counsel of record *Pro Hac Vice*.

2. Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, the undersigned, Francisco M. López-Romo, hereby files this motion to notify the Clerk of the Court and the other attorneys of record that the undersigned is counsel of record for Defendant, Alfredo Vázquez-Esparra in the above-captioned action.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 25th day of January, 2013.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of January, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of this filing to Jessica Rose Lonergan, Esq., Russell Capone, Esq., United States Attorney's Office; Eric Marc Sears, Esq., Linda George, Esq., Edwin Javier Prado, Esq., Osvaldo José González, Esq., Douglas G. Rankin, Esq., Beth Mina Farber, Esq., Rudy Vélez, Jr., Esq., Telesforo Del Valle, Jr., Esq., Steven Gary Brill, Esq., Julio E. Gil De La Madrid, Esq., Jerrod Thompson, Esq., Andrew J. Ceresney, Esq.

s/FRANCISCO M. LÓPEZ-ROMO, Esq.
USDC-PR: 118314
431 Ponce de León Avenue
Suite 1500
San Juan, Puerto Rico  00917-3415
Telephone: 787-751-8958
Facsimile: 787-765-0325
Email: lopezromo@gmail.com